Opinion Issued June 18, 2009









Opinion Issued June 18,
2009

 

 

 

 

 

 

 

 

 

 

 

 

 










 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-08-00493-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



MARK MCSCHAFFRY, Appellant

 

V.

 

AMEGY BANK NATIONAL ASSOCIATION, Appellee

 

 



On Appeal from the 125th District Court

Harris County, Texas

Trial Court Cause No. 2007-14880

 








 



SUPPLEMENTAL MEMORANDUM OPINION

          Mark McShaffry and Amegy
Bank National Association have jointly moved this court to dismiss their appeal
under Texas Rule of Appellate Procedure 42.1(a)(2) pursuant to a settlement
agreement.  See Tex. R. App. P.
42.1(a)(2).  The parties further request that we dismiss the appeal and
withdraw our judgment and opinion of April 2, 2009.  We deny the motion to
withdraw our April 2 opinion.  Pursuant to Texas Rule of Appellate Procedure
42.1(c), our opinion stands without regard to the merits of this case.  We
VACATE our judgment of April 2, 2009.  We GRANT the motion to dismiss the
appeal pursuant to settlement.  We dismiss all other pending motions as moot.

 

 

                                                          Jane Bland

                                                         Justice

 

Panel consists of Judges Bland, Sharp,
and Taft.[1]

Justice Sharp would withdraw the
April 2 opinion.









[1] Justice Tim Taft, who retired from the First Court of
Appeals on June 1, 2009, continues to sit by assignment for the disposition of
this case, which was submitted on March 10, 2009.